**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV-421 |
| | § | |
| 2.057 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE | § | |
| OF TEXAS; AND RODOLFO R. MOLINA, | § | |
| ET AL., | § | |
| | § | |
| *Defendants.* | § | |

---

### COMPLAINT IN CONDEMNATION

---

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ P. Conner Kirtley*
        **P. CONNER KIRTLEY**
        Assistant United States Attorney
        Southern District of Texas No. 3563689
        Oklahoma Bar No. 32440
        11204 McPherson Road 83, Suite 100 A
        Laredo, Texas 78045
        Telephone:  956-723-6523
        Facsimile: (956) 618-8016
        E-mail: Philip.Kirtley@usdoj.gov

# SCHEDULE

# A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-2047, 2047-1
Owner: Rodolfo R. Molina, *et al.*
Total Acres: 2.057

**Tract #1: RGV-RGC-2047**

**Being** a 1.013 acre (44,131 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas being out of a called 10.28 acre tract conveyed to Eliza Nelly Molina, Rodolfo R. Molina Jr. and Jose Trinidad Molina by Partition Deed recorded in Instrument No. 2019-348298, Official Records of Starr County, Texas (Parcel "O"-5), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-2046 2047 2048", said point being in the south line of a called 10.28 acre tract conveyed to Marilu Molina, Dina Scott, Iliana Molina and Myrna Elena Rodriguez by Partition Deed recorded in Instrument No. 2019-348299, Official Records of Starr County, Texas (Parcel "O"-6) and the north line of a called 55.62 acre tract conveyed to Sylvia G. Salinas (1/7), Maria Dolores G. Saenz (1/7), Rosa Maria G. Guerra (1/7), Manuel S. Guerra (1/7), Ruben Roberto Guerra (1/7), Deborah Ann G. Perez Lugo & Elizabeth G. Garcia (1/7), Ana G. Munoz & Joel A. Guerra, III (1/7) by Distribution Deed recorded in Volume 1329, Page 222, Official Records of Starr County, Texas ("Parcel #1: Tract P"), said point having the coordinates of N=16681200.539, E=786491.880;

**Thence:** S 80-45-00 E (S 80-45-00 E, Record), with the south line of Parcel "O"-6 and the north line of the 55.62 acre tract, for a distance of 100.00' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2005-1-2=2048-1", said point being south line of Parcel "O"-6 and the north line of the 55.62 acre tract;

**Thence:** N 36-10-21 W, departing the north line of the 55.62 acre tract, over and across Parcel "O"-6, for a distance of 231.41' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2047-1=2048-2" for the **Place of Beginning** and southwest corner of Tract RGV-RGC-2047, said point being in the south line of Parcel "O"-5 and the north line of Parcel "O"-6, said point having the coordinates of N=16681371.270, E=786453.997;

**Thence:** departing the north line of Parcel "O"-6, over and across Parcel "O"-5, the following courses and distances:

## **SCHEDULE C (Cont.)**

- N 36-10-21 W, for a distance of 173.91' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2047-2" for an angle point of Tract RGV-RGC-2047;
- N 14-35-48 E, for a distance of 35.38' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046-1=2047-3" for the northwest corner of Tract RGV-RGC-2047, said point being in the south line of a called 10.28 acre tract conveyed to Yolanda M. Belmontes by Partition Deed recorded in Instrument No. 2019-348297, Official Records of Starr County, Texas (Parcel "O"-4) and the north line of Parcel "O"-5;

Thence: S 80-45-00 E (S 80-45-00 E, Record), with the north line of Parcel "O"-5 and the south line of Parcel "O"-4, for a distance of 245.91' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046-5=2047-4" for the northeast corner of Tract RGV-RGC-2047, said point being in the north line of Parcel "O"-5 and the south line of Parcel "O"-4, said point bears N 66-01-56 W, a distance of 2296.86' from United States Army Corps of Engineers Control Point No. 138;

Thence: S 36-10-21 E, departing the south line of Parcel "O"-4, over and across Parcel "O"-5, for a distance of 224.09' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2047-5=2048-3" for the southeast corner of Tract RGV-RGC-2047, said point being on the south line of Parcel "O"-5 and the north line of Parcel "O"-6;

Thence: N 80-45-00 W (N 80-45-00 W, Record), with the south line of Parcel "O"-5 and the north line of Parcel "O"-6, for a distance of 284.95' to the **Place of Beginning.**

## SCHEDULE C (Cont.)

**Tract #2: RGV-RGC-2047-1**

**Being** a 1.044 acre (45,492 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porcion 66, Starr County, Texas, being out of the remainder of Share 28-B of the Partition Deed recorded in Volume 114, Page 62, Deed Records of Starr County, Texas and being out of a called 8.02 acre tract designated as Parcel "O"-5A conveyed to Eliza Nelly Molina, Rodolfo R. Molina Jr. and Jose Trinidad Molina by Partition Deed recorded in Instrument No. 2019-348298, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-2005 2005-1 2046-1 2047-1 2048-1", said point being at the southwest corner of a called 8.02 acre tract designated as Parcel "O"-6A conveyed to Marilu Molina, Dina Scott, Iliana Molina and Myrna Elena Rodriguez by Partition Deed recorded in Instrument No. 2019-348299, Official Records of Starr County, Texas, said point being at an interior corner of a called 55.62 acre tract conveyed to Sylvia G. Salinas (1/7), Maria Dolores G. Saenz (1/7), Rosa Maria G. Guerra (1/7), Manuel S. Guerra (1/7), Ruben Roberto Guerra (1/7), Deborah Ann G. Perez Lugo and Elizabeth G. Garcia (1/7), Ana G. Munoz and Joel A. Guerra, III (1/7) by Distribution Deed recorded in Volume 1329, Page 222, Official Records of Starr County, Texas ("Parcel #1: Tract P"), said point having the coordinates of N=16680540.481, E=786819.582;

**Thence:** N 09°15'00" E (N 09°15'00" E, Record), with the west line of Parcel "O"-6A and the east line of the 55.62 acre tract, for a distance of 250.71' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2047-1-1" for the **Place of Beginning** and southwest corner of Tract RGV-RGC-2047-1, said point being at the southwest corner of Parcel "O"-5A and the northwest corner of Parcel "O"-6A, said point being in the east line of the called 55.62 acre tract, said point having the coordinates of N=16680787.931, E=786859.882;

**Thence:** N 09°15'00" E (N 09°15'00" E, Record), with the west line of Parcel "O"-5A and the east line of the 55.62 acre tract, for a distance of 250.70' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046-1-1=2047-1-2" for the northwest corner of Tract RGV-RGC-2047-1, said point being at

## SCHEDULE C (Cont.)

the northwest corner of Parcel "O"-5A and the southwest corner of a called 8.02 acre tract designated as Parcel "O"-4A conveyed to Yolanda M. Belmontes by Partition Deed recorded in Instrument No. 2019-348297, Official Records of Starr County, Texas, said point being in the east line of the 55.62 acre tract;

**Thence:** S 80°45'00" E, departing the east line of the 55.62 acre tract, with the south line of Parcel "O"-4A and the north line of Parcel "O"-5A, for a distance of 54.25' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2046-1-3=2047-1-3" for the north corner of Tract RGV-RGC-2047-1, said point being in the south line of Parcel "O"-4A and the north line of Parcel "O"-5A;

**Thence:** S 36°10'21" E, departing the south line of Parcel "O"-4A, over and across Parcel "O"-5A, for a distance of 357.19' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2047-1-4=2048-1-3" for the southeast corner of Tract RGV-RGC-2047-1, said point being in the south line of Parcel "O"-5A and the north line of Parcel "O"-6A, said point bears N 83°52'27" W, a distance of 1546.08' from United States Army Corps of Engineers Control Point No. 138;

**Thence:** N 80°45'00" W (N 80°45'00" W, Record), with the south line of Parcel "O"-5A and the north line of Parcel "O"-6A, for a distance of 308.67' to the **Place of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED

**Tract #1: RGV-RGC-2047**



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 36'10'21" W | 173.91' | N/A | N/A |
| L2 | N 14'35'48" E | 35.38' | N/A | N/A |
| L3 | S 80'45'00" E | 245.91' | S 80'45'00" E | N/A |
| L4 | S 36'10'21" E | 224.09' | N/A | N/A |
| L5 | N 80'45'00" W | 284.95' | N 80'45'00" W | N/A |
| L6 | S 80'45'00" E | 100.00' | S 80'45'00" E | N/A |
| L7 | N 36'10'21" W | 231.41' | N/A | N/A |

COORDINATE TABLE

| MONUMENT NO. | NORTHING | EASTING | MONUMENT DESCRIPTION |
|--------------|----------|---------|----------------------|
| 1 | 16681371.270 | 786453.997 | RGV-RGC-2047-1=2048-2 |
| 2 | 16681511.654 | 786351.354 | RGV-RGC-2047-2 |
| 3 | 16681545.892 | 786360.270 | RGV-RGC-2046-1=2047-3 |
| 4 | 16681506.365 | 786602.978 | RGV-RGC-2046-5=2047-4 |
| 5 | 16681325.466 | 786735.243 | RGV-RGC-2047-5=2048-3 |
| 6 | 16681200.539 | 786491.880 | POC RGV-RGC-2046 2047 2048 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE OORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019000
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | |
|---|---|
| Drawing Ref. No. | |
| SHEET 4 OF 6 | **METES & BOUNDS SURVEY**<br>ELIZA NELLY MOLINA,<br>RODOLFO R. MOLINA JR. & JOSE TRINIDAD MOLINA<br>**TRACT No. RGV-RGC-2047**<br>**STARR COUNTY**                 **TEXAS** |

| Mark | Description | Date | App. |
|------|-------------|------|------|
| 1 | Grantor Correction | 10/17/19 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S-18-F-0139

| | BY | DATE |
|--|----|------|
| Drawn | TPA | 08/19 |
| Checked | LMK | 08/19 |
| Surveyor | JDB | 08/19 |
| Fld.Bk. # | XXX | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193043



**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-4658
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)



SCALE: 1" = 600'

PLAT SHOWING A 1.013 ACRE (44,131 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF THE FRANCISCO GUERRA SURVEY, ABSTRACT NO. 330, PORCION 66, STARR COUNTY, TEXAS AND BEING OUT OF A CALLED 10.28 ACRE TRACT CONVEYED TO ELIZA NELLY MOLINA, RODOLFO R. MOLINA JR. AND JOSE TRINIDAD MOLINA BY PARTITION DEED RECORDED IN INSTRUMENT No. 2019-348298, OFFICIAL RECORDS OF STARR COUNTY, TEXAS (PARCEL "O"-3).

METES & BOUNDS SURVEY
ELIZA NELLY MOLINA,
RODOLFO R. MOLINA JR. & JOSE TRINIDAD MOLINA
TRACT No. RGV-RGC-2047
STARR COUNTY          TEXAS

## SCHEDULE D (Cont.)

**Tract #2: RGV-RGC-2047-1**



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | N 09°15'00" E | 250.70' | N 09°15'00" E | N/A |
| L2 | S 80°45'00" E | 54.25' | S 80°45'00" E | N/A |
| L3 | S 36°10'21" E | 357.19' | N/A | N/A |
| L4 | N 80°45'00" W | 308.67' | N 80°45'00" W | N/A |

COORDINATE TABLE

| MONUMENT NO. | NORTHING | EASTING | MONUMENT DESCRIPTION |
|--------------|----------|---------|---------------------|
| 1 | 16680787.931 | 786859.882 | RGV-RGC-2047-1-1 |
| 2 | 16681035.371 | 786900.180 | RGV-RGC-2046-1-1=2047-1-2 |
| 3 | 16681026.651 | 786953.723 | RGV-RGC-2046-1-3=2047-1-3 |
| 4 | 16680738.314 | 787164.542 | RGV-RGC-2047-1-4=2048-1-3 |
| 5 | 16680540.481 | 786819.582 | POC RGV-RGC-2005 2005-1 2046-1 2047-1 2048-1 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (E.G. GRID X 1.00004000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAHER • KERRVILLE, TX 78028 • 830-816-1818

| | | | |
|---|---|---|---|
| Drawing SHEET 4 OF 8 Ref. No. | **METES & BOUNDS SURVEY** | | |
| | **ELIZA NELLY MOLINA, RODOLFO R. MOLINA JR. & JOSE TRINIDAD MOLINA** | | |
| | **TRACT No. RGV-RGC-2047-1** | | |
| | **STARR COUNTY** | **TEXAS** | |

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
| 1 | Grantor Correction | 10/11/19 | |

| | BY | DATE |
|---|-----|------|
| Drawn | TPA | 9/19 |
| Checked | LMK | 9/19 |
| Surveyed | JDB | 9/19 |
| Fld.Bk. # | | XXX |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S-18-F-0139

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10103945



**ENGINEERING, INC.**
828 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-50    FILE NAME: RGV-RGC-2047-1    DATE: 10/11/2019

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-2047, 2047-1
Owner:  Rodolfo R. Molina, *et al.*
Total Acres:  2.057

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-2047, 2047-1
Owner:  Rodolfo R. Molina, *et al.*
Total Acres:  2.057

**Tract #1: RGV-RGC-2047**
Acres:  1.013


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded with the Official Records of Starr County, Texas, document number 2019-348298, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)

**Tract #2: RGV-RGC-2047-1**
Acres:  1.044


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



Tract:  RGV-RGC-2047, 2047-1
Owner:  Rodolfo R. Molina, *et al.*
Total Acres:  2.057

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is TEN THOUSAND DOLLARS AND NO/100 ($10,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-2047:**

The sum estimated as just compensation for the land acquired is FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00).

**TRACT RGV-RGC-2047-1:**

The sum estimated as just compensation for the land acquired is FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00).

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Olga O. Molina Escobar**<br><br>Roma, TX 78584 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Rolando Molina**<br><br>Kyle, TX 78640 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Orfelinda Molina Menchaca**<br><br>Roma, TX 78584 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Rene Molina, Jr.**<br><br>Houston, TX 77041 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Alma Nora Ibarra**<br><br>Houston, TX 77089 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Aaron Sandoval, Jr.**<br><br>McAllen, TX 78501 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **The Unknown Heirs of Abel Adalberto Sandoval, deceased**<br>c/o Ricardo Sandoval<br><br>Houston, Texas 77066 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |

| **Ricardo Sandoval**<br><br>Houston, TX 77066 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
|---|---|
| **Juan Luis Sandoval**<br><br>Mission, TX 78572 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Jaime Joel Sandoval**<br><br>McAllen, TX 78501 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Rodolfo Sandoval**<br><br>Cedar Park, TX 78613 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Maria Magdalena Escobar**<br><br>Roma, Texas 78584 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Tomas Molina**<br>c/o Maria Escobar<br><br>Roma, Texas 78584 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Juan Abel Molina**<br>c/o Maria Escobar<br><br>Roma, Texas 78584 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **David Molina**<br>c/o Maria Escobar<br><br>Roma, Texas 78584 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Martha Irene Young**<br>c/o Maria Escobar<br><br>Roma, Texas 78584 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Martin H. Molina** | **RGV-RGC-2047, 2047-1** |

| | |
|---|---|
| Address Unknown | Gift Deed, Document No. 2005-246526. Recorded May 13, 2005, Official Records of Starr County, Texas |
| **Martin Molina**<br>Address Unknown | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Yolanda M. Belmontes**<br><br>Kingsville, Texas 78363 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Rodolfo R. Molina, Jr. a/k/a Rudy Molina**<br><br>McAllen, Texas 78501 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Eliza Nelly Molina**<br><br>Weslaco, Texas 78599 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Jose Trinidad Molina**<br><br>Mission, Texas 78573 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Marilu Molina**<br><br>Austin, TX 78744-3854 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Dina Scott**<br><br>Austin, TX 78759-5062 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Iliana Molina aka Illiana M. Flores**<br><br>La Grange, TX 78945 | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Myrna Elena Rodriguez** | **RGV-RGC-2047, 2047-1**<br>Partition Deed, Document 2019-348298; |

| | |
|---|---|
| Austin, TX 78744-7976 | Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Guadalupe Soliz, Jr.**<br><br>Humble, TX  77396 | **RGV-RGC-2047, 2047-1**<br>Gift Deed, Document 1997-191809;<br>Recorded June 17, 1997, Deed Records of Starr County, Texas |
| **Olga Molina**<br><br>Austin, Texas 78744 | **RGV-RGC-2047, 2047-1**<br>Surviving Spouse of Eben E. Molina<br>Surface Rights Partition Deed,<br>Document No. 1945-22533,<br>recorded January 25, 1945,<br>Deed Records of Starr County, Texas |
| **Maria Molina**<br>**c/o Rodolfo R. Molina, Jr.**<br><br>McAllen, Texas 78501 | **RGV-RGC-2047, 2047-1**<br>Surviving Spouse of Rodolfo R. Molina<br>Surface Rights Partition Deed,<br>Document No. 1945-22533,<br>recorded January 25, 1945,<br>Deed Records of Starr County, Texas |
| **Vern Vanderpool**<br><br>Austin, TX 78518 | **RGV-RGC-2047, 2047-1**<br>Tenant Farmer |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **Tax Authority** |

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 2.057 Acres of Land, More of Less, Situate in Starr County, State of Texas; and Rodolfo R. Molina, et. al. |

| (b)  County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant   Starr |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c)  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| P. Conner Kirtley, United States Attorney's Office, Southern District of Texas, 11204 McPherson Rd Suite 100A, Laredo, TX 78045 | |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
       Plaintiff

☐ 2  U.S. Government
       Defendant

☐ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
       Proceeding

☐ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       Another District
       *(specify)*

☐ 6  Multidistrict
       Litigation -
       Transfer

☐ 8  Multidistrict
       Litigation -
       Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE    Randy Crane

DOCKET NUMBER   7:20-CV-267

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 12/18/2020 | /s/ P. Conner Kirtley |

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____